**NEW HAVEN COUNTY, AUGUST TERM, A. D. 1791.**

## MERRIMAN v. WAY.

A person interested in the question on trial cannot be a witness.

ACTION of the case for words — declaring that the defendant had said that John Merriman, the plaintiff, had swore falsely and had perjured himself, in a certain trial before the grand jury upon a prosecution against Samuel Hough for stealing some grain, by testifying that Hough was the thief and had stolen the grain, and that Hough was acquitted. Issue to the jury on the plea of not guilty.

The defendant offered said Hough to prove the truth of the words; who was objected against, and by the court not admitted.

Hough is interested in the question. Besides, he cannot be indifferent, for the oath will not oblige him to testify, that he did steal the grain, although it should be true — for no man is obliged to criminate himself.